United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant. | Case No. 22-cv-01139-BLF<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO VACATE ALL DATES; DIRECTING PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT BY JUNE 27, 2022; AND ADMINISTRATIVELY CLOSING CASE**<br><br>[Re: ECF No. 14] |

Plaintiff has filed a Notice of Settlement, requesting that all dates in the case be vacated and advising that a dismissal may be expected within 60 days. The request to vacate all dates is GRANTED. Plaintiff SHALL file a dismissal or status report by June 27, 2022.

The Clerk SHALL administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, should the settlement not be finalized.

**IT IS SO ORDERED.**

Dated: April 26, 2022

_____
BETH LABSON FREEMAN
United States District Judge